United States Court of Appeals
Fifth Circuit

**F I L E D**

November 24, 2003

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 02-21192
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK EDWARD DEMPSEY,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
(H-02-CR-118-1)

Before BARKSDALE, EMILIO M. GARZA and DENNIS, Circuit Judges

PER CURIAM:[*]

Counsel appointed to represent Patrick Edward Dempsey on appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the brief, Dempsey's response, and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities in this case, and the appeal is *DISMISSED*. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.